THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| STEPHEN INGLE,<br><br>　　　　　Plaintiff,<br>　v.<br><br>STELLAR J. CORPORATION, a Texas corporation, STELLAR J. DEVELOPMENT CORPORATION, an Oregon corporation,<br><br>　　　　　Defendants. | No. CV06-05050 FDB<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL OF PARTY**<br><br>Noted on Calendar:<br>**Friday, April 7, 2006** |
|---|---|

### STIPULATION

THE PARTIES HEREBY stipulate and move the Court for an Order dismissing the party STELLAR J. DEVELOPMENT CORPORATION, with prejudice, as a named defendant in the above-captioned matter.  Parties also request the caption be changed to reflect this dismissal.

///

///

STIPULATED MOTION AND ORDER OF
DISMISSAL OF PARTY
No. CV06-05050 FDB – Page 1 of 2

MORAN WINDES & WONG
5608 17th Avenue Northwest
SEATTLE, WASHINGTON 98107
Phone: 206.788.3000  Facsimile: 206.788.3001

DATED this 28th day of March, 2006.

| MORAN WINDES & WONG, PLLC | FORSBERG & UMLAUF, P.S. |
|---|---|
| /s/ Angela K. Wong | /s/ Ann C. McCormick |
| Angela K. Wong, WSBA #28111 | Ann C. McCormick, WSBA #15832 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 5608 17th Avenue Northwest | 900 Fourth Avenue, Suite 1700 |
| Seattle, Washington 98107 | Seattle, Washington 98164-1039 |
| Telephone: 206-788-3000 | Telephone: 206-689-8500 |
| Facsimile: 206-788-3001 | Facsimile: 206-689-8501 |
| E-Mail: angela@mwwlaw.net | E-Mail: amccormick@forsberg-umlauf.com |

## ORDER

THEREFORE, it is hereby ORDERED that STELLAR J. DEVELOPMENT CORPORATION, is dismissed as a party and named defendant in the above-captioned matter, with prejudice and the caption will reflect such dismissal.

DATED this 29th day of March 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

MORAN WINDES & WONG, PLLC

/s/ Angela K. Wong
Angela K. Wong, WSBA #28111
Attorneys for Plaintiff
E-Mail: angela@mwwlaw.net

FORSBERG & UMLAUF, P.S.

/s/ Ann C. McCormick
Ann C. McCormick, WSBA #15832
Attorneys for Defendants
E-Mail: amccormick@forsberg-umlauf.com

STIPULATED MOTION AND ORDER OF
DISMISSAL OF PARTY
No. CV06-05050 FDB – Page 2 of 2

MORAN WINDES & WONG
5608 17th Avenue Northwest
SEATTLE, WASHINGTON 98107
Phone: 206.788.3000   Facsimile: 206.788.3001